## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, BRICKLAYERS AND ALLIED
CRAFTSMEN DISTRICT COUNCIL OF WISCONSIN,
and JEFFREY LECKWEE

    Plaintiffs,
vs.                Case No. 07-C-464

HOWARD MASONRY,

    Defendant.

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

  1. Defendant Howard Masonry having failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

  2. Howard Masonry violated the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions, interest and liquidated damages on behalf of their employees to the Plaintiff Funds.

3.  The court assesses the total damages in favor of the Plaintiffs and against the Defendant, in the sum of $25,258.28 for contributions, interest and liquidated damages for the audited period October 1, 2005 through February 28, 2007 as well as attorneys fees and costs incurred in their prosecution of this matter through December 10, 2007.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Masons Pension Fund, Wisconsin Masons Health Care Fund, Wisconsin Masons Apprenticeship & Training Fund, Bricklayers and Allied Craftsmen District Council of Wisconsin, and Jeffrey Leckwee, and against Defendant Howard Masonry, in the amount of $25,258.28 together with interest at the rate allowed by law.

Dated at Milwaukee, Wisconsin, this 7th day of February, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge